UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61359-CIV-DIMITROULEAS

JEANNETTE HATHAWAY,

    Plaintiff,

vs.

RAMCO-GERSHENSON, INC,

    Defendant.
_____/

## DISMISSAL ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Dismissal without Prejudice of Count II of the Second Amended Complaint and for Entry of Final Judgment of Dismissal with Prejudice of Count I of the Second Amended Complaint [DE 35]. The Court also considered the parties briefing in response to the Court's Order concerning subject matter jurisdiction. See [DE 28]. On March 21, 2019, the Court dismissed Plaintiff's Florida Whistleblower Act claim with prejudice, and allowed the remaining state-law breach of contract claim to proceed, but the Court questioned whether it has subject matter jurisdiction over the remaining claim, considering the amount in controversy for that claim is only $12,717.11. [DE 22 ¶¶ 30-32]. The Court ordered the parties to respond and brief the issue on whether the Court has subject matter jurisdiction over this claim. See [DE 28]. The Court has considered the Defendant's Response [DE 29], Plaintiff's Response [DE 34], Plaintiff's Motion [DE 35] seeking dismissal without prejudice of the claim, the Response to the Motion [DE 40], the Reply to the Motion [DE 44], and is otherwise fully advised in the premises.

Plaintiff seeks to dismiss the only remaining claim in this action, (Count II) for breach of contract, without prejudice. The Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i) "a notice of dismissal before the opposing party served either an answer or a motion for summary judgment." Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Accordingly, the Motion to Dismiss [DE 35] is **GRANTED in part**.[1] Count II is **DISMISSED without prejudice**. The Court will enter a separate final judgment as to Count I.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of June, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

---

[1] Plaintiff seeks dismissal under Rule 15(a), but the Court finds dismissal is appropriate under Rule 41(a).